

# Fourth Court of Appeals

## San Antonio, Texas

May 7, 2014

No. 04-14-00069-CR

Charles Arthur **WARREN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9856B
Honorable Ron Rangel, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice

On November 15, 2013, Charles Warren pled nolo contendere to the offense of possession of marijuana (50 to 2000 lbs.) and was sentenced to a term of six years' deferred adjudication community supervision. On December 12, 2013, Warren filed a motion for new trial. On January 28, 2013, Warren filed a notice of appeal. The appeal is currently pending in this Court.

On April 16, 2014, Warren filed in this Court a motion to stay the terms of his community supervision. In the motion, Warren represents that he filed a motion to stay the terms of his community supervision in the trial court, but the trial court has not ruled on the motion.

On April 21, 2014, we issued an order advising the State that it could file a response to the motion filed in this Court on or before May 2, 2014. No response was filed.

Under longstanding Texas case law, when an appeal is taken from a criminal judgment assessing a probated sentence, the terms of community supervision do not commence until the judgment is final and the appellate mandate has issued. *Humphries v. State*, 261 S.W.3d 144, 145 (Tex. App.—San Antonio 2008, no pet.) (citing *Ross v. State*, 523 S.W.2d 402, 405 (Tex. Crim. App. 1975); *Delorme v. State*, 488 S.W.2d 808, 810 (Tex. Crim. App. 1973); and *Smith v. State*, 478 S.W.2d 518, 520 (Tex. Crim. App.1972)). Furthermore, this Court has the authority to grant a stay of the terms and conditions of community supervision during the pendency of an appeal from a judgment assessing a probated sentence. *See id.* (granting the appellant's motion for emergency relief, and ordering a stay of the commencement of the terms and conditions of community supervision until the appellate mandate issued).

Accordingly, the motion to stay the terms of community supervision filed in this Court is GRANTED, and it is ORDERED that the commencement of the terms and conditions of Warren's community supervision is stayed until the mandate issues in this appeal.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court